**Ralph G. JONES, et al., Respondents,**

v.

**FLITELINE MOTORS, INC., Appellant.**

**No. WD 46097.**

Missouri Court of Appeals,
Western District.

April 6, 1993.

Steven Douglas Wolcott, Liberty, for appellant.

Hayward G. Lafferty, Jr., Kansas City, for respondents.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from jury verdict awarding judgment to plaintiffs for unpaid rent. Judgment affirmed. Rule 84.16(b).